```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EARL HAYES,                          :
                                     :
                Plaintiff,           :   07 Civ. 7667 (VM)
                                     :
        - against -                  :   ORDER FOR REASSIGNMENT
                                     :   TO WHITE PLAINS
SULLIVAN COUNTY JAIL,                :
                                     :
                Defendant.           :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court notes that plaintiff Earl Hayes("Hayes") asserts that he is a resident of the Sullivan County Jail (the "County Jail") and that defendants Sullivan County Jail and Sullivan County are governmental entities of the State of New York. The complaint indicates that the events giving rise to the claims asserted in the underlying action occurred as a result of injuries Hayes allegedly suffered by reason of conditions at the County Jail and the conduct of certain officers at the County Jail. It therefore appears that in whole or in major part this action arose in Sullivan County and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Sullivan County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby



**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         8 April 2008

                                              _____
                                              VICTOR MARRERO
                                                  U.S.D.J.