ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
EARL HAYES,(07-A-4800)            :
                                  :
            Plaintiff,            :   07 Civ. 7667 (KMK) (MDF)
                                  :
         -against-                :   WRIT OF HABEAS CORPUS
                                  :   <u>AD TESTIFICANDUM</u>
COUNTY of SULLIVAN, et al         :
                                  :
            Defendants.           :
-----------------------------------x

THE PRESIDENT OF THE UNITED STATES

TO:   Darwin La Claire, Superintendent of Franklin
      Correctional Facility, P.O. Box 10, Malone, New York
      12953, or His Assistant; and

      THE DEPARTMENT OF CORRECTIONAL SERVICES OF THE STATE OF
      NEW YORK, Building 2, 1220 Washington Avenue, Albany,
      New York 12226-2050; and

      THE UNITED STATES MARSHAL, United States Courthouse,
      White Plains, New York, or His Assistant.

GREETINGS:

We command that Darwin LaClaire shall have the body of Earl Hayes (07-A-4800), presently detained in Franklin Correctional Facility in the custody of the Department of Correctional Services, brought under safe and secure conduct with **all his legal documents,** to the United States Courthouse, 300 Quarropas Street, White Plains, New York on Thursday, May 29, 2008 at 9:00 a.m.; and that the UNITED STATES MARSHAL shall provide such suitable quarters and provide for the safekeeping, care and subsistence of EARL HAYES as is necessary until the conclusion of a hearing in this matter; and, thereafter, upon conclusion of this hearing by the Court, that DARWIN LaCLAIRE shall return EARL HAYES under safe and secure custody to Franklin

Correctional Facility, Malone, New York; and that the DEPARTMENT OF CORRECTIONAL SERVICES OF THE STATE OF NEW YORK and THE UNITED STATES MARSHAL shall each bear their respective costs of implementation of the terms of this writ. It is further

ORDERED, that the UNITED STATES MARSHAL shall provide all necessary security for the custody of EARL HAYES so long as he is in the temporary custody of the Court.

WITNESS the Honorable Kimba M. Wood , Chief Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, this 5<u>th</u> day of May, 2008.

                                          Clerk, United States District Court
                                          Southern District of New York

The within writ is hereby allowed.

_____
      MARK D. FOX
United States Magistrate Judge
Southern District of New York

    The Clerk of the Court shall arrange for service of the instant writ.

Copies mailed / handed / faxed to counsel  5/5/08