AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

EARL HAYES, (07-A-4800)
        Plaintiff

-against-

COUNTY OF SULLIVAN
and SULLIVAN COUNTY JAIL,
        Defendants.

**APPEARANCE**

Case Number: 07 Civ. 7667 (KMK) (MDF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    defendants County of Sullivan and Sullivan County Jail

    I certify that I am admitted to practice in this court.

| 5/20/2008 | [signature] |
|---|---|
| Date | Signature |
| | MICHAEL DAVIDOFF, ESQ.     7501 |
| | Print Name     Bar Number |
| | 13 Liberty Street, PO Drawer 1040 |
| | Address |
| | Monticello   NY   12701 |
| | City   State   Zip Code |
| | (845) 794-5000   (845) 794-5606 |
| | Phone Number   Fax Number |