UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| EARL HAYES, (07-A-4800), | ECF Case |
|  | Docket #:    07-civ-7667 |
| Plaintiff, | |
| -against- | |
| COUNTY OF SULLIVAN, | Assigned to:    Hon. Mark D. Fox, Magistrate |
| Defendant. | |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )  Ss:
COUNTY OF SULLIVAN   )

    JULIE A. BRENNAN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Monticello, New York.

    On, June 26, 2008 the undersigned served **a copy of the within NOTICE OF MOTION and AFFIDAVIT OF MICHAEL DAVIDOFF, ESQ. SWORN TO JUNE 26, 2008 and MEMORANDUM OF LAW,** in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

EARL HAYES
DIN#: 07-A-4800
*Plaintiff Pro Se*
3864 Route 374
Lyon Mountain, NY 12952

JULIE A. BRENNAN

Sworn to before me this
26th day of June, 2008.

Notary Public

PAMELA A. SMITH
Notary Public, State Of New York
Sullivan County Clerk's #2096
Commission Expires Oct. 30, 20 09